**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**WENDELL LEONARD CRUSE,**

**Plaintiff,**

**v.**

**Civil Action 2:25-cv-1123**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

**COLUMBUS, OHIO POLICE DEPT.,**
***et al.*,**

**Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Notice dated August 7, 2026. (ECF No. 26.) In that Notice, Plaintiff informs the Court of his current address and requests copies of the docket sheet and any Orders issued after his last correspondence with the Court.

To the extent that the Notice constitutes a motion, it is **GRANTED**. The address listed on the docket for Plaintiff already matches the one in his Notice: Jim Karnes Corrections, 2251 Fisher Road, Columbus, Ohio 43204. The Clerk is further **DIRECTED** to send Plaintiff, via U.S. mail, a copy of the docket sheet with this Order. It does not, however, appear that any new Orders have been issued since Plaintiff's last communications with the Court.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE